## CUNCLE *against* DRIPPS.

### In Error.

A party may bind himself not to take out a writ of error.

Error to the Court of Common Pleas of *Lancaster* county.

This was a suit brought originally before a Justice of the Peace by *Robert Dripps* the defendant in error, against *Jacob Cuncle.*— It was referred, and the arbitrators found for the plaintiff ninety-eight dollars; the defendant appealed and in the Common Pleas it was again referred under the act of 1810, and an award made in favour of the plaintiff. After this, the parties entered into an agreement, to refer all matters in variance to referees, and that their report should be "absolutely final and conclusive" between them "so that neither shall have a right to appeal from, file exceptions to or take a writ of error on the same, but that the prothonotary shall enter judgment thereon." These referees reported in favour of the plaintiff "fifty four dollars, forty four cents with costs of suit." A motion was made to enter judgment, "without costs for plaintiff, and in favour of defendant for costs." The court of Common Pleas discharged the rule entered on this motion, and the defendant took this writ of error.

*Ellmaker and Montgomery,* for the defendant in error, moved to quash the writ.

*M. Hopkins and Porter,* for the plaintiff, resisted the motion.

Per Curiam.—Cannot a party bind himself not to take a writ of error? It never was before doubted; and it would be a scandal to the administration of justice, if this writ, taken as it notoriously is, in fraud of the agreement, were supported.

Writ quashed.